**SAO**
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
**PYATT SILVESTRI**
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilbvestri.com
Attorneys for Defendant,
*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ENRIQUE VELAZQUEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>  Defendant. | CASE NO.: 2:20-cv-01607-APG-DJA |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**
**PURSUANT TO FRCP 41(a)(1)(11)**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, BRENDA THOMPSON, and Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY (erroneously named as ALLSTATE INSURANCE COMPANY), by an through their respective counsel, and the parties hereby notify the Court, that the above-captioned matter has settled and this matter should be dismissed in its entirety with prejudice, including all claims that were or could have been asserted herein, with prejudice. Each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1  There is no trial scheduled in this matter.

2  DATED this 24 day of December, 2020.    DATED this 23 day of December, 2020.

3  **PYATT SILVESTRI**    **BOLEY & ALDABBAGH, LTD.**

4  /s/ *James P. C. Silvestri*    _____
5  JAMES P. C. SILVESTRI, ESQ.    JOSHUA U. ALDABBAGH, ESQ.
   Nevada Bar No. 6318    Nevada Bar No.
6  701 Bridger Avenue, Suite 600    BOLEY & ALDABBAGH, LTD.
   Las Vegas, Nevada 89101    1900 E. Bonanza Rd.
7  *Attorneys for Defendant,*    Las Vegas, Nevada, 89101
   *ALLSTATE FIRE AND CASUALTY*    Attorney for Plaintiff
8  *INSURANCE COMPANY*

### ~~(PROPOSED)~~ ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear its own fees and costs.

There is no trial scheduled in this matter.

DATED this 28th day of December, 20 20.

_____
U. S. DISTRICT JUDGE

Submitted by:

PYATT SILVESTRI

/s/ *James P. C. Silvestri*
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Ave., Suite 600
LAs Vegas, NV 89101
Attorneys for ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

Velazquez v. Allstate Fire and Casualty Insurance Company
CASE NO.:  2:20-cv-0607-APG-DJA
Stipulation and Order for Dismissal with Prejudice